```
CLERK'S Letter from t/Central Dist. of CA transferring case & transmitting
t/following:
7/7/98  1    COMPLAINT filed Summons(es) Issued referred to Discovery Ralph
Zarefsky (bg) [Entry date 07/09/981 [2:98cv5450]

7/7/98   2    Petition and ORDER by Magistrate Judge Stephen J. Hillman that
Son Hee Moon, be appointed Guardian Ad Litem for Kwan Yong Park in this actn.
(el) [Entry date 07/10/98] [2: 98cv54501

7/7/98   3    Petition and ORDER by Magistrate Judge Stephen J. Hillman
appointing Son Hee Moon as guardian ad litem for Mm Ha Park. (el) [Entry date
07/10/981 [2:98cv54501

7/7/98   4    NOTICE by plaintiff of related case(s) CV97-7023 HLH (RCx) (jc)
[Entry date 07/13/98] [2:98cv5450]

7/10/98   5    STANDING ORDER by Judge Dean D. Pregerson (seedoc for lengthy
instructions) (el) [Entry date 07/14/98] [2: 98cv54501

7/13/98    PREPARED ORDER RE TRANSFER Pursuant to General Order
224 (Related Case) by Clerk; related to CV97-7023 HLH (RCX) (jc) [Entry date
07/13/981 [2:98cv54501

7/28/98   6    WAIVER OF SERVICE of SUMMONS by defendant Serco Management sent
by plf on 7/10/98 (el) [Entry date 07/31/98] [2: 98cv54 50]

 7/31/98   7    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case)
filed. [ Related Case no.: CV97-7023 HLH (RCx)1 Case transferred from Judge
Dean D. Pregerson to Judge Harry L. Hupp for all further proceedings. The
case number will now reflect the initials of the transferee Judge [ CV98-5450
HLH (RCx) I., Case referred from Discovery Ralph Zaref sky to Discovery
Rosalyn M. Chapman . (cc: all counsel) (jc) [Entry date 07/31/98]
[2:98cv5450]

 8/4/98   8    ANSWER filed by defendant Serco Management to complaint [1-1] ;
jury demand (tw) [Entry date 08/05/98] [2: 98cv54501

 8/7/98   11    ORDER of consolidation by Judge Harry L. Hupp ; mandatory
status conference set on 1:30 10/9/98 (Relates to MDL 1237 and all related
actions) (shb) [Entry date 09/16/98] [2: 98cv54501

 9/8/98   9    STIPULATION and ORDER to amnd cmp by Judge Dean D. Pregerson
(tw) [Entry date 09/08/98] [2:98cv5450]

 9/8/98   10    First ANENDED COMPLAINT [1-1] by plaintiff; adding USA; jury
demand. Summons not issued (tw) [Entry date 09/08/98] [2 : 98cv5450]

1l/19/98 12    STIPULATION and ORDER by Judge Harry L. Hupp to dismiss claims
for punitive damages. Pltfs in case nos cv 98-2243; 98-2707; 98-2798;
98-3626; 98-3637; 98-5010; 98-5450;98-659 by and through counsel and Serco
Management hereby stip and agree that the claims for punitive damages set for
the in the camptioned complaint are dismissed w/o prej to pltf s right to amd
the cmp in th eevent that pltfs cnsl determines sufficient facts exist to
pursue a claim for punitive damages. This stip is intended to be written
consent of the adverse pty within the meaning of Rule 15(a) FRCP. ANy such
amd must be filed and served prior to 5/1/99. This stip applies only to the
punitive damages allegations contained in the above captioned complaints.
(ENT: 12/3/98) mld cpys & ntc. (shb) [Entry date 12/03/98] [Edit date
12/07/98] [2 : 98cv5450]
```

4/19/99    13    NOTICE OF MOTION AND MOTION by defendant Serco Management for
summary judgment re actions where pltfs have signed releases in Sercos favor;
exhibits ; motion hearing set for 10:00 5/17/99 Lodged stint of
uncontroverted facts, lodged 11 orders (Relates to MDL 1237, cv 98-6236;
98-2243; 98-4500) (shb) [Entry date 04/21/99] [2:98cv5450]

 4/19/99    14    DECLARATION of Sean M Novak by defendant Serco Management re
motion for summary judgment re actions where pltf s have signed releases in
Sercos favor [13-1] (Relates to MDL 1237, cv 98-6236; 98-2243; 98-4500) (shb)
[Entry date 04/22/99] [2:98cv5450]

 4/22/99    15    NOTICE OF CHANGE Of Address filed Korean Air Lines re Condon
& Forsythe (MDL 1237) (shb) [Entry date 04/23/99] [2: 98cv5450]

5/11/99   16    DECLARATION of Sean M. Novak in supprt of Serco's rply to
pla's opposition by defendant Serco Management re motion for summary judgment
re actions where pltf s have signed releases in Sercos favor [13-1] [Relates
to MDL #1237; CV 98-6236; CV 98-2243; CV 98-4500 & CV 98-5450] (et) [Entry
date 05/17/99] [2:98cv5450]

 5/11/99    17    REPLY by defendant Serco Management re   pla's oppositiont o
S/J [13-1] . [This docs relates to MDL# 1237; CV 98-6236; CV 98-2243; CV
98-4500 & CV98-5450] (et)    [Entry date 05/17/99] [2: 98cv54501

5/17/99    18    MINUTES: granting motion for summary judgment re actions where
pltfs have signed releases in Sercos favor [13-1] ; The mot for s/j is
granted as to the heirs of decedents listed in actns cv 98-45-- and cv
98-5450. The mot to dism the actns of the alleged heirs of the decedents in
actns cv 98-6236 and cv 98-2243 are denied w/o prej to renew by reason of a
triable issue of fact and resolution of choice of law problems by Judge Harry
L. Hupp CR: Cynthia Mizell (Relates to MDL 1237, cv 98-4500; 98-5450; cv
98-6236; 98-2243) (ENT: 5/20/99) mid cpys & ntc. (shb) [Entry date 05/20/99]
[2:98cv5450]

 5/17/99    19    STIPULATION and ORDER by Judge Harry L. Hupp dismissing party
Serco Management    It is ord that the within matter is dismissed against
Serco Management Inc with prejudice; with all parties to bear their own
costs, attys fees and expenses. (Relates to MDL 1237) (ENT: 5/20/99) mid cpys
& ntc. (shb) [Entry date 05/20/99] [2:98cv5450]

 5/17/99    20    STIPULATION and ORDER    by Judge Harry L. Hupp dismissing
party Serco Management   Pltf Kae Kyung Kim and dft Serco Mgmt through their
respective cnsl stip that this matter be dismissed against Serco Management
Inc with prejudice, with ptys to bear their own costs. All ptys to bear thirs
own costs, atty fees and expenses. (Relates to MDL 1237) (ENT: 5/20/99) mid
cpys & ntc. (shb) [Entry date 05/20/99] [2 : 98cv5450]

 5/17/99    21    STIPULATION and ORDER by Judge Harry L. Hupp dismissing party
Serco Management Pltf Byung Ok Park and dft Serco Management through their
cnsl stip that this actn be dismissed with prej against Serco Management.
Each pty to bear their own costs, atty fees and expenses. (Relates to MDl
1237) (ENT: 5/20/99) mld cpys & ntc. (shb) [Entry date 05/20/99]
[2:98cv5450]

 5/17/99    22    STIPULATION and ORDER    by Judge Harry L. Hupp dismissing
party Serco Management Pltf Jung Hee Han and dft Serco management through
their cnsl of record stip that this actn be dismissed against Serco
Management Services Inc with prejudice. Each pty to bear their own costs,
atty fees and expenses. (Relates to MDl 1237) (ENT: 5/20/99) mid cpys & ntc.
(shb) [Entry date 05/20/99] [2:98cv5450]

  5/17/99    23    STIPULATION and ORDER    by Judge Harry L. Hupp dismissing

party Serco Management Pltf Hee Sun Chang and dft Serco Management Services Inc through their cnsl of record stip that this actn be dismissed against dft Serco management Services Inc with prejudice. Each pty to bear their own costs, atty fees and expenses. (Relates to MDL 1237) (ENT: 5/20/99) mld cpys & ntc.) (shb) [Entry date 05/20/99] [2: 98cv54 50]

5/24/99 24 STIPULATION and ORDER by Judge Harry L. Hupp; Pursuant to FRCP 41 (a) (1), the ptys hereto, pltfs Joo Hwan Cho and Mm Soo Cho and dft Serco Management Services, Inc through their cnsl of record stip that this matter be dismissed against dft Serco Management Services, Inc with prejudice, with all parties to bear their own costs, atty fees and expenses. dismissing party Serco Management (ENT: 5/26/99) (shb) [Entry date 05/26/99] [2:98cv5450]

1/13/00 25 STIPULATION and ORDER by Judge Harry L. Hupp tht plfs' clams for punitive damages agnst KAL in this actn be and hereby are dism in their entirety, w/oprej to any rights of pif to reassert claims for punitive damages at a later date. (ENT 1/18/00) mld cpys (pbap) [Entry date 01/18/00] [2: 98cv5450]

5/3/00 26 OPPOSITION by dft Korean Air Lines Co., Ltd to enforce partial sttlmnt ;memo o f PA; decl of Jennifer J. Johnston. (ab) [Entry date 05/05/00] [2:98cv5450]

5/3/00 27 DECLARATION by Korean Air Lines of Jennifer J. Johnston re opp to mot to enforce partial sttlmnt. (RELATES TO MDL 1237) . (ab) [Entry date 05/05/00] [2:98cv5450]

5/31/00 29 NOTICE OF MOTION AND MOTION by defendant USA to dismiss, or in the alt to transfer case to the District of Guam ; motion hearing set for 9:30 6/21/00 (Relates to MDL 1237) (shb) [Entry date 06/21/00] [2:98cv5450]

6/7/00 28 OPPOSITION by plaintiffs to USA's mot to dism or in the alt to transfer case to Guam (shb) [Entry date 06/09/00] [2 : 98cv5450]

6/14/00 30 REPLY by defendant USA in suppt of its motion to dismiss cases improperly filed in the Central District [29-1] motion to transfer case to the District of Guam [29-2] (shb) [Entry date 06/21/00] [2:98cv5450]

7/3/00 31 ERRATA sheet to Dft USA's reply memo in supprt of motion to dismiss [2 9-1] , motion to transfer case to the District of Guam [29-2] (pbap) [Entry date 07/05/00] [2:98cv5450]

7/31/00 32 DECLARATION of Brian J. Alexander by plaintiff Steering Committee (pbap) [Entry date 08/01/00] [2:98cv5450]

7/31/00 33 SURREPLY by plaintiff Steering Committee in Opp re [29-1], re [29-2] (pbap) [Entry date 08/03/00] [2:98cv5450]

8/7/00 34 RESPONSE by defendant USA to plfs' Surreply in Opp to motion to dismiss [2 9-1] , to motion to transfer case to the District of Guam [29-2] (pbap) [Entry date 08/10/00] [2 : 98cv5450]

8/10/00 35 NOTICE OF MOTION AND MOTION by plaintiff Steering Committee re choice law on the issue of damages agnst dfts US, Serco and KAL ; motion hearing set for 10:00 8/28/00 Lodged ord (pbap) [Entry date 08/11/00] [2:98cv5450]

8/10/00 36 MEMORANDUM IN SUPPORT by plaintiff Steering Committee of motion re choice law on the issue of damages agnst dfts US, Serco and KAL [35-1] (pbap) [Entry date 08/11/00] [2: 98cv5450]

9/27/00    37    NOTICE of lien and agreement between KAL and Jon Rang Kim
Sook Ja Yeun and Hyun Soon Kim relating to cash advances by defendant Korean
Air Lines Co (pbap) [Entry date 09/28/00] [2: 98cv5450]

 9/27/00    38    NOTICE of lien and agreement between KAL & Eung Ha Lee and
Hae Keun Kim relating to cash advances by defendant Korean Air Lines Co
(pbap) [Entry date 09/28/00] [2:98cv5450]

 9/27/00    39    NOTICE of lien & agreement btwn KAL & Jae Soon Ji relating to
cash advances fid by dft Korean Air Lines Co Ltd (mrgo) [Entry date 10/03/00]
[2:98cv5450] 9/27/00    40    NOTICE of lien & agreement btwn KAL & Dal Hwa
Chung & Mal Ja Hwang relating to cash advances fld by dft Korean Air Lines Co
Ltd (mrgo) [Entry date 10/03/00] [2:98cv5450]

 10/4/00    41    NOTICE of lien and agreement between KAL and bong Sun Cho and
Hyun Chung relating to cash advances by defendant Korean Air Lines Co. (re:
MDL 1237) (pbap) [Entry date 10/10/00] [2:98cv5450]

 1/9/01    42    PETITION for approval of compromise or minors claim and
approval of pymnt of costs and atty fees by plaintiff Sun Hee Moon (pbap)
[Entry date 01/11/01] [2:98cv5450]

 1/17/01    44    ORDER by Judge Harry L. Hupp approving settlement of minor's
claim and approving payment of atty fees and costs. granting petition [42-1];
It is ordered ADJUGED & DECREED as follows: (1) The gross stlmnt for all pltfs
for wht wrongful death of Park, Seung-Jae in the amt of Three million two
hundred ($3,200,000.) is approved. (2) The attys fee of 25% of the gross
stlmnt in excess of one hundred forty-five thousand ($145,000) equaling seven
hundred sixty-three thousand seven hundred fifty dollars ($763,750) is
approved; (3) The payment of the costs in the amt of seventy two thousand one
hundred seventy-nine dollars and fisty fout cents ($72,179.54) solely from
the proceeds of Moon, SUn Hee (widow) and Park, Jin Suk (father) is approved.
No costs shall be charged to the minor; (4) The allocation of 22.5% of the
net settlement to the minor in the amt of five hundred forty eight thousand
one hundred fifty six dollars and twenty one cents ($548,156.25), after atty
fees have been deducted is approved; (5) The USA is ordered to pay on the
minor's behalf the sum of five hundred forth eight thousand one hundred fifty
six dollars and twenty five cents *$548,156.25) for the purchse pf a single
premium annuity from American Inernational Group Life Insurance Co of New
York, (AILife) for the benefit of the minor ward. (6) The US is ord to pay to
Juanita Modale, Liaison COunsel in MDL 1237 the amt of ($2,360.42)
referencing the Park, Seung-Jae (Decendent) settlement. (RELATES TO MDL 1237)
(shb) [Entry date 03/08/01] [2:98cv5450]

 3/2/01    43    NOTICE OF MOTION by defendant USA to strike, and for costs ;
motion hearing set for 10:00 3/26/01 Lodged prop ord w/mtn (re: MDL 1237)
(pbap) [Entry date 03/07/01] [2 : 98cv5450]

 3/5/01    45    EX PARTE APPLICATION filed by defendant USA to expedite hrg on
its mtn to str plfs experts wits Lodged prop ord (pbap) [Entry date 03/08/01]
[2:98cv5450]

 3/7/01    46    ORDER by Judge Harry L. Hupp granting exparte motion to
expedite hrg on its mtn to str plfs experts wits [45-1] resetting hearing on
motion to strike [43-1] & motion for costs [43-2] to 10:00 3/19/01. Cnsl may
appr by conf telephone. (pbap) [Entry date 03/12/01] [2:98cv5450]

 3/9/01    47    OPPOSITION by plaintiffs to motion to strike [43-1] , motion
for costs [43-2] and decl of Juanita M. Madole. (pbap) [Entry date 03/13/01]
[2:98cv5450]

 3/12/01    48    DECLARATION of Charles Herrmann by plaintiffs in supprt of

plfs' response re motion to strike [43-1] (pbap) [Entry date 03/15/01] [2:98cv5450]

3/14/01    49    RESPONSE by defendant Korean Air Lines Co  & opp to plfs' attempts to conduct liability trials in the unsettled cases re to motion to strike [43-1] expert wits   (re MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv5450]

3/14/01    50    JOINDER by defendant Serco Management joining motion to strike [43-1] expert wits. (pbap) [Entry date 03/15/01] [2 : 98cv5450]

3/14/01    51    REPLY by defendant USA to opp to motion to strike [43-1] plfs' expert wits. (pbap) [Entry date 03/19/01] [2 : 98cv5450] 3/19/01   53 MINUTES: granting motion to strike [43-1] granting motion for costs [43-2] with the exceptions stated (herein) by Judge Harry L. Hupp CR: Cynthia L. Mizell. **see mm ord for addtnl detailed info** (pbap) [Entry date 04/02/01] [2 : 98cv5450]

3/22/01    54    WITNESS list submitted by defendants (ir) [Entry date 04/02/01] [2:98cv5450]

3/22/01    55    MEMO OF CONTENTIONS OF FACT and LAW by defendant USA (ir) [Entry date 04/02/01] [2:98cv5450]

3/23/01    52    EXHIBIT list by defendant USA (Re decedent Chung, Ki Chul) (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2 : 98cv5450] 3/26/01 LODGED pretrial conf ord (FWD TO CRD) (pbap) [Entry date 04/02/01] [2:98cv5450]

3/26/01    56    CONTENTIONS OF FACTS and LAW by plaintiffs (ir) [Entry date 04/02/01] [2:98cv5450]

3/26/01    57    WITNESS list submitted by plaintiffs (ir) [Entry date 04/02/01] [2:98cv5450]

3/26/01    58    EXHIBIT list by plaintiffs (ir) [Entry date 04/02/01] [2 : 98cv5450]

3/28/01    59    JOINT EXHIBIT list by defendant USA (yc) [Entry date 04/03/01] [2:98cv5450]

3/28/01    60    WITNESS list submitted by plaintiffs (yc) [Entry date 04/03/01] [2:98cv5450]

3/28/01    61    MINUTES: By Judge Harry L. Hupp ; pretrial conference on 1:30 4/18/01 In addition, certain individual problems are noted as follows: (see mins) CR: Cynthia L. Mizell (yc) [Entry date 04/04/01] [Edit date 04/04/01] [2:98cv5450]

4/5/01    62    MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (relates to MDL 1237) (shb) [Entry date 04/12/01] [Edit date 04/18/01] [2:98cv5450]

4/5/01   63  WITNESS list submitted by plaintiffs (To preserve issues on appeal) (Relates to MDL 1237) (shb) [Entry date 04/12/01] [Edit date 04/18/01] [2:98cv5450]

4/5/01    64    WITNESS list submitted by plaintiffs (To be u sed at trial) (Relates to MDL 1237) (shb) [Entry date 04/12/01] [Edit date 04/18/01] [2:98cv5450]

4/5/01 65 MINUTES: Cnsl   for the following cases: 98-6334; 98-4500; 98-6345;  98-6344;   98-6343; 98-6342; 98-6341; 98-6337; 98-6388;

98-6316; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you hv any questions concerning this minute order, please contact the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/16/01] [Edit date 04/18/01] [2:98cv5450]

4/11/01    LODGED PTC ord (re: Chung, Ki-Chul (Decendent) (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:98cv5450]
 4/11/01    66    MEMO OF CONTENTIONS OF FACT and LAW fld by Ki-Chul Chung (Decedent) (rl) [Entry date 04/18/01] [2:98cv5450]

 4/17/01    69    RESPONSE by plaintiffs to OSC [67-1] on late filings on PTC Ords (ii) [Entry date 04/26/01] [2:98cv5450]

4/18/01    68    MINUTES: PTC Order. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry date 04/24/01] [2: 98cv54 50]

 4/18/01    70    PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L. Hupp Plaintiffs estimate the trial will take 4 days. The defendants estimate the trial will take 3 days. The trial is to be a jury trial as to defendant Serco. (See document for further details) (Relates to MDL 1237) (shb) [Entry date 05/07/01] [2:98cv5450]

 4/20/01    67    MINUTES: Cnsl are ordered to show cause in writing why this action should not be dism as to all dfts and/or sanctions imposed for failure to comply with Local Rule 9. The filing of a jnt exh list is sufficient response to this OSC. The filing shall be made in the District of Guam. This case is being transferred to the District of Guam, where the OSC will be handled by the designated trial judge by Judge Harry L. Hupp CR: n/p (pbap) [Entry date 04/24/01] [2: 98cv5450]

 4/23/01    71    MINUTES: Case transferred to United States District of: Guam for trial on the issues of damages.  After various severances and consolidations, there are    five cases for trial, organized by decedent as follows:   (1) Decedent Kim Bong Su - CV 98-4500; (2) Decedent Chi Ki Chul - CV 98-5450; (3) Decedent Lee Kyung Han - CV  98-6369; 99-13513; (4) Lee Sung Chul, and Song Byung Won (husband and wife) CV 99-13508; iCV 98-6369 and 98-8140; (SZ) Yun or (Yoon) Sun Kyu - CV- 97-7226; 98-2443(f). With regard to CV 98-2243(f), the claims of plaintiffs Ahn for the death of decedent Yun have previously been severed from the balance of CV 98-24243 and cinsolidated with CV 99-7226. The claims of plaintiffs Anh related to the death of Yun Sun Kyu are now designated by CV 98-224 3 (f). The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District, by Judge Harry L. Hupp CR: Cynthia Mizell (ENT: 5/7/01) MD JS-6 (Relates to MDL 1237, CV 98-5450; 98-6369; 99-13513; 99-13508; 99-13527; 98-6369; 98-8140; 99-7226; 98-2243(f)) (shb) [Entry date 05/07/01] (2:98cv5450]

 5/7/01    TRANSMITTAL of documents transmittal letter, certified copy of transfer order, certified copy of docket and entire case file transferred to USDC District of Guam (shb) [Entry date 05/07/01] [2:98cv5450]
;    [RSN EOD 05/17/2001]